UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case Nos.:  3:20cr40-TKW-MAF
3:22cv8280-TKW-MAF

DEMONTE EASLEY
_____/

# O R D E R

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 553).   No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the Court lacks jurisdiction to consider Defendant's §2255 petition because the direct appeal of his judgment and sentence is still pending in the Eleventh Circuit.   *See Blair v. United States*, 527 F. App'x 838, 839 (11th Cir. 2013).   Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 550) is **DISMISSED without prejudice.**

**DONE and ORDERED** this 18th day of July, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Case Nos.: 3:20cr40/TKW/MAF; 3:22cv8280/TKW/MAF