# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 3:20cr40-TKW/MAF
                3:22cv8280-TKW/MAF

DEMONTE EASLEY

## JUDGMENT

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the Defendant, DEMONTE EASLEY'S Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 550, is DISMISSED without prejudice.

July 18, 2022  
DATE

JESSICA J. LYUBLANOVITS  
CLERK OF COURT

s/ Paula Cawby  
Deputy Clerk