**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**,

**v.**                                          **Case No.  3:20-cr-40-TKW-MAL**
                                                            **3:24-cv-18-TKW-MAL**

**DEMONTE EASLEY,**

      **Defendant.**

_____/

## <u>ORDER</u>

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 677).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Defendant's §2255 motion should be denied because the claims raised in the motion are procedurally barred and meritless.  The Court also agrees that a certificate of appealability should be denied.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Defendant's §2255 motion (Doc. 572) is DENIED.

3.    A certificate of appealability is DENIED.

4.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 1st day of June, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**